# United States District Court

EASTERN DISTRICT OF WISCONSIN

MIRIAM KOLCHINSKY PORUSH,

        Plaintiff,

        v.

CITY OF MILWAUKEE,
RON ROBERTS,
ANGELA FERRILL,
MIKE D'AMATO,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 08-C-0279

This action came before the court, the issues have been decided and a decision has been rendered. Now, therefore,

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice.

APPROVED:    s/ C. N. CLEVERT, JR.
                      C. N. CLEVERT, JR.
                      U. S. District Judge

                                      JON W. SANFILIPPO
                                      Clerk

                7/28/09                    s/C. Fehrenbach
                  Date                                (By) Deputy Clerk